IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JILL PERRY DOGGETT A/K/A JILL PERRY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC. and JOHN DOES 1-25,<br><br>Defendants. | Civil Action No.<br><br>2:19-cv-20697-MCA-LDW |

## NOTICE OF SETTLEMENT

Plaintiff Jill Perry Doggett, hereby notifies the Court that the Plaintiff and Defendant, Midland Credit Management, Inc., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties anticipate filing a stipulation of dismissal of this action with prejudice, as to Plaintiff, and without prejudice as to the class, pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 6th day of February 2020.

CHULSKY KAPLAN LLC

By: *s/Ben A. Kaplan*
    Ben A. Kaplan, Esq.
    280 Prospect Avenue, 6G
    Hackensack, NJ  07601
    Phone: 877-827-3395
    Email: Ben@chulskykaplanlaw.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Settlement** has been served upon counsel of record on this 6th day of February 2020 via ECF.

>By: *s/Ben A. Kaplan*
>Ben A. Kaplan, Esq.
>280 Prospect Avenue, 6G
>Hackensack, NJ  07601
>Phone:877-827-3395
>Email: Ben@chulskykaplanlaw.com
>Attorney for Plaintiff